Probation Form No. 34 (1/92)    Report and Order Terminating Probation / Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.

Travis Lee Brock

**FILED**
ASHEVILLE, N.C.

AUG 2 4 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

Crim. No. 1:03CR54

The above named has complied with the conditions of Supervised Release imposed by the order of the court on October 27, 2004. Therefore, the period of Supervised Release expired on August 22, 2007, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

_____s/ Scott D. Aldridge_____
Scott D. Aldridge
Senior U.S. Probation Officer
B-3 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801
(828) 771-7346